# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Daniel Ericksen,

        Plaintiff,

v.                                            Civil Case No. 2:15-cv-10088
                                              Hon. George Caram Steeh
                              Hon. Michael Hluchaniuk, Magistrate Judge

J. Doe #1, Current or Former U.S. Border Patrol Officer
Repic, J. Doe #2, Bridget Hillard, Joseph Vittorini,
and Andrew Beaudry, each individually,

        Defendants.

_____/

## FIRST AMENDED NOTICE OF APPEAL AND
## CERTIFICATE OF SERVICE

      This document is to serve as notice that Plaintiff Daniel Ericksen hereby amends his original notice of appeal (doc #35, filed September 21, 2015) to appeal to the United States Court of Appeals for the Sixth Circuit from the following ruling: Order Denying Plaintiff's Motion for Reconsideration (order; doc #37, entered September 22, 2015). The appeal from this ruling is in addition to the appeal from the rulings identified in the original notice of appeal.

1

September 24, 2015 /s/ Michael Ericksen

P40385

Attorney for Plaintiff

8376 Huntington Road

Huntington Woods, MI 48070

248-217-9705

mlericksen@yahoo.com

**Certificate of Service**

    I certify that on September 24, 2015, I electronically filed this document with the Clerk of Court using the ECF system, which will send notice of the filing to the other attorneys of record in this case.

September 24, 2015 /s/ Michael Ericksen
(P40385)

Attorney for Plaintiff