# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 23, 2016

Mr. Michael Lewis Ericksen
Law Office
8376 Huntington Road
Huntington Woods, MI 48070

Mr. Brandon Cary Helms
United States Department of Justice
U.S, Attorneys Office
211 W. Fort Street
Suite 2000
Detroit, MI 48226

Re: Case No. 15-2128, *Daniel Ericksen v. John Doe, I, et al*
Originating Case No. : 2:15-cv-10088

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. David J. Weaver

Enclosure